**Electronically Filed
Supreme Court
SCPW-24-0000812
30-APR-2025
10:40 AM
Dkt. 11 ODDP**

SCPW-24-0000812

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

DEXTER J. SMITH,
Petitioner,

vs.

THE HONORABLE JOHN M. TONAKI,
Judge of the Circuit Court of the First Circuit,
State of Hawaiʻi, Respondent Judge,

and

CITY AND COUNTY OF HONOLULU,
Respondent.

_____

ORIGINAL PROCEEDING
(CASE NO. 1CCV-24-0001303)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Souza, in place of Devens, J., recused)

Upon consideration of the petition for writ of mandamus

filed December 4, 2024, and the record, Petitioner has not

demonstrated a clear and indisputable right to relief, nor a

lack of alternative means to obtain the relief sought. See

Womble Bond Dickinson (US) LLP v. Kim, 153 Hawaiʻi 307, 319, 537

P.3d 1154, 1166 (2023); see also Rules of the Circuit Courts of the State of Hawaiʻi (RCCH) Rule 2(e)(1) (2019).

It is ordered that the petition is denied.

In denying the petition, we note that certified copies of the complaint may be obtained from the circuit court clerk pursuant to RCCH Rule 2.2.  Under the circumstances of this case, it is further ordered that the appellate clerk shall provide Petitioner with two certified copies of the complaint without payment of the necessary costs and fees.

DATED:  Honolulu, Hawaiʻi, April 30, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Kevin A. Souza